**United States District Court Violation Notice**

Violation Number: 1919928
Officer Name (Print): RODRIGUEZ
Officer No: 2616

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 7-18-09 11:05
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 34.4-36

Place of Offense: GUNNISON PLAZA

Offense Description: FAIL TO YIELD TO PEDESTRIANS IN CROSSWALK
09-4295

**DEFENDANT INFORMATION**

Last Name: SAYLES
First Name: GREGORY
M.I.: J
Street Address: 659 DEKALB ST APT 3
City: BROOKLYN
State: NY
Zip Code: 11216
Drivers License No:
DL State: PA
Social Security No:
Date of Birth (mm/dd/yyyy):
Phone: ( )

☐ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female   Eyes: HAZ   Hair: BRO   Height: 5-08   Weight:

**VEHICLE DESCRIPTION**

Tag No: GYK 9795
State: PA
Year: 97
Make/Model: DODGE RAM 2500
Color: RED
VIN:

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ 40.00 Forfeiture Amount
+ $25 Processing Fee
$65.00 Total Collateral Due

PAY THIS AMOUNT →

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy): 09/2/2009
Time (hh:mm): 09:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original - CVB Copy
(Rev. 03/2008)

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on July 18, 2009 while exercising my duties as a law enforcement officer in the GNRA District of SHU

GREGORY J SAYLES (D.O.B. ___) DID FAIL TO YIELD TO PEDESTRIANS IN CROSSWALK [36 CFR 4.2 NJSA 39.4-36.]
AT ABOUT 11:05 HOURS, WHILE ON PATROL, I SAW A RED DODGE WITH PENNSYLVANIA PLATE GYK-9795, TRAVELING NORTH ON ATLANTIC DRIVE NEAR GUNNISON PLAZA. THERE WAS A PEDESTRIAN IN THE CROSSWALK ATTEMPTING TO CROSS. THE RED DODGE DID NOT YIELD. I STOPPED THE VEHICLE AND IDENTIFIED THE DRIVER BY PENNSYLVANIA DRIVERS LICENSE AS GREGORY J SAYLES (D.O.B. ___). SAYLES WAS CITED FOR FAIL TO YIELD TO PEDESTRIAN IN CROSSWALK.

The foregoing statement is based upon
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 07/18/2009  Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant

Executed on _____ Date (mm/dd/yyyy)  U.S. Magistrate Judge

**Violation Number:** 1919929

**Officer Name (Print):** RODRIGUEZ
**Officer No:** 2610

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 7-18-09 11:05
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code
**Offense Code:** 36 CFR 39.3-4b
**Place of Offense:** GUNNISON LOT 09-4295
**Offense Description:** DRIVING WITH SUSPENDED LICENSE

### DEFENDANT INFORMATION

**Last Name:** SAYLES
**First Name:** GREGORY
**M.I.:** J
**Phone ( ):**
**Street Address:** 659 DEKALB ST APT 3
**City:** BROOKLYN
**State:** NY
**Zip Code:** 11216
**Social Security No:**
**Date of Birth (mm/dd/yyyy):**
**Drivers License No:**
**DL State:** PA
☐ Adult ☐ Juvenile  **Sex:** ☒ Male ☐ Female

### VEHICLE DESCRIPTION

**Tag No:** GYK9795
**State:** PA
**VIN:**
**Year:** 97
**Make/Model:** DODGE RAM 2500
**Color:** RED
**Hull:** RED
**Eyes:** HAZ
**Height:** 5-0"
**Weight:**

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

**PAY THIS AMOUNT →**
**Forfeiture Amount:** $
**+ $25 Processing Fee**
**Total Collateral Due:** $

**YOUR COURT DATE**
**Date (mm/dd/yyyy):** 09/2/2009
**Time (hh mm):** 09:00 A.M.

**Court Address:**
(if no court appearance date is shown, you will be notified of your appearance date by mail.)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear at the hearing at the time and place instructed or pay the total collateral due

X **Defendant Signature** _____

(Rev 03/2004)   Original - CVB Copy

---

(For issuance of an arrest warrant or summons)

I state that on July 18, 2009 while exercising my duties as a law enforcement officer in the G.N.R.A., District of NJ

GREGORY J SAYLES (D.O.B. ___) DID FAIL TO YIELD TO PEDESTRIANS IN CROSSWALK [36 CFR 4.2 NJSA 39.4-36] AT ABOUT 11:05 HOURS, WHILE ON PATROL I SAW A RED DODGE WITH PENNSYLVANIA PLATE GYK-9795, TRAVELING NORTH ON ATLANTIC DRIVE ACROSS FROM GUNNISON PLAZA, THREE WAS A PEDESTRIAN IN THE CROSSWALK ATTEMPTING TO CROSS. THE RED DODGE DID NOT YIELD. I STOPPED THE VEHICLE AND IDENTIFIED THE DRIVER BY PENNSYLVANIA DRIVERS LICENSE AS GREGORY J SAYLES. SAYLES WAS CITED FOR FAIL TO YIELD TO PEDESTRIAN IN CROSSWALK. DISPATCH ADVISED ME THAT SAYLES' LICENSE WAS SUSPENDED AND I CITED HIM FOR DRIVING WITH SUSPENDED LICENSE.

The foregoing statement is based upon
☒ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

**Executed on:** 07/18/2009
**Date (mm/dd/yyyy):**
**Officer's Signature:** _____

Probable cause has been stated for the issuance of a warrant

**Executed on:** _____
**Date (mm/dd/yyyy):**
**U S Magistrate Judge**

1919929